# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **STEPHEN T. HINES,** | |
| Plaintiff, | Civil Action No. 22-7335 (ZNQ) (JBD) |
| v. | **ORDER** |
| **BOROUGH OF BELMAR,** *et al.,* | |
| Defendants. | |

**QURAISHI, District Judge**

      **THIS MATTER** comes before the Court upon a Motion for Summary Judgment filed by Defendants the Borough of Belmar, Michael Campbell, Philip Bohrman, Edward Kirschenbaum, and Mark Walsifer (collectively, "Defendants").  ("Motion", ECF No. 48.)  For the reasons set forth in the accompanying Opinion,

      **IT IS** on this **30th** day of **July 2025**,

      **ORDERED** that Defendants' Motion (ECF No. 48) is hereby **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

- The Motion is **GRANTED** as to Mark Walsifer on Counts Two, Three, Four, Five, Six Seven, Eight, Nine, and Ten;

- The Motion is **GRANTED** as to Edward Kirschenbaum on Count Two;

- The Motion is **DENIED** as to Michael Campbell and Philip Bohrman on Counts One and Two;

- The Motion is **DENIED** as to Edward Kirschenbaum, Michael Campbell, and Philip Bohrman on Counts Three, Four, Five, Seven, Nine, and Ten;

1

- The Motion is **DENIED** as to the Borough of Belmar and Edward Kirschenbaum on

    Count Six; and

- The Motion is **DENIED** as to the Borough of Belmar, Edward Kirschenbaum, Michael

    Campbell, and Philip Bohrman on Count Eight.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
